Commonwealth, Appellant, *v.* Kristovich.

Submitted December 16, 1975. *Vincent M. Dadamo* and *Timothy H. Knauer,* Assistant District Attorneys, and *William H. Lamb,* District Attorney, for Commonwealth,

appellant; *Eugene Beechwood, Jr.,* for appellee.
Order affirmed.